STATE v. LONNIE GRAHAM.

(Filed 19 September 1962.)

APPEAL by defendant from *Fountain, Special Judge,* March 12, 1962 Term of CRAVEN.

Criminal prosecution on warrant charging that defendant, on December 9, 1961, at #303 Norwood Street, New Bern, N. C., unlawfully and wilfully did have a quantity of taxpaid whiskey in his possession for the purpose of sale.

Upon trial *de novo* in the superior court (on appeal by defendant from conviction and judgment in the Recorder's Court of the City of New Bern), the jury returned a verdict of guilty as charged. Judgment, imposing a prison sentence, was pronounced. Defendant excepted and appealed.

*Attorney General Bruton and Assistant Attorney General Barham for the State.*
*Charles L. Abernethy, Jr., for defendant appellant.*

PER CURIAM. The State offered evidence tending to show defendant had in his possession, at the time and place alleged, 8 3/4 pints of

taxpaid whiskey, and evidence of circumstances tending to show defendant had possession thereof for the purpose of sale. Under the decisions of this Court, the evidence was clearly sufficient to warrant submission to the jury and to support the verdict. Defendant has failed to show prejudicial error. Hence, the verdict and judgment will not be disturbed.

No error.